**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADAPTIVE DATA LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 14-1537-RGA |
| ) | |
| v. ) | |
| ) | |
| ACER AMERICA CORPORATION and ) | |
| ACER INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff Adaptive Data LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants have not yet answered the Complaint. Accordingly, Adaptive Data LLC voluntarily dismisses this action against Defendants with prejudice pursuant to Rule 41(a)(1).

Dated: January 23, 2015                STAMOULIS & WEINBLATT LLC

                                        /s/ Stamatios Stamoulis
                                       Stamatios Stamoulis #4606
                                       stamoulis@swdelaw.com
                                       Richard C. Weinblatt #5080
                                       weinblatt@swdelaw.com
                                       Two Fox Point Centre
                                       6 Denny Road, Suite 307
                                       Wilmington, DE 19809
                                       Telephone: (302) 999-1540

                                       *Counsel for Plaintiff*
                                       *Adaptive Data LLC*